



# William N. Griffin
## Attorney at Law

July 27, 2009

The Honorable James B. Todd
U.S. District Court Magistrate Judge
Eastern District of Kentucky
PO BOX 3074
Lexington, KY 4058-3047

Re: Canning v. Galtee Farm, LLC, et al / 5:08-CV-199

Dear Judge Todd;

We are pleased that our case has been assigned a Magistrate Judge to assist us in preparing for trial, and we look forward to our August 13, 2009 Hearing, and to working with the Court to fashion a resolution to this matter.

Regarding the Defendant Rita Gallagher's letter, we wish to point out that only one of the three Defendants has thus corresponded with the Court, and the other two, Liam Gallagher and Galtee Farm, LLC, remain without compliance with the Court's Order to obtain counsel or to appear pro se. We have sufficient reason to believe that Defendant Rita Gallagher is estranged from her husband, Liam Gallagher, and is furthermore not authorized to speak for him nor Galtee Farm, LLC.

Of Ms. Canning's two fillies detained by the Defendants, one has been recovered this week, while the other, TANK'S ARGUMENT, is allegedly sequestered in Arizona, and its true disposition is not known. There remain considerable concerns for its condition, and the likelihood that its current custodian may assert some claim for unpaid services only compounds this concern.

The Plaintiff insists that an inspection of the Defendants' premises is still necessary for preparation of her case against them. Moreover, the August 13, 2009 Hearing is absolutely necessary to resolve the Defendants' failure to comply with, or supplement, discovery, and to present evidence of Plaintiff's costs incurred in having to compel a response.



# William N. Griffin
## Attorney at Law



Sincere regards,

 **/s/ William N. Griffin**
William N. Griffin
PO BOX 643
Ruidoso, NM 88355
(505)264-7667 tel.
(888)875-6779 fax
liamgrif@gmail.com
Attorney for Nancy Canning


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing letter was filed through the Court's CM/ECF system

on the 27th day of July, 2009, and that a true and accurate copy of the foregoing will be

served by first class mail today, upon the following:


GALTEE FARM, LLC
Liam Gallagher, agent for service
309 Eureka
Versailles, KY 40383

LIAM GALLAGHER
309 Eureka
Versailles, KY 40383

RITA W. GALLAGHER
4390 Clearwater Way #2819
Lexington, KY 40515


 **/s/ William N. Griffin**
Counsel for Plaintiff, Nancy Canning


PO BOX 643 Ruidoso, NM 88355 / Tel. (505)264-7667, Fax (888)875-6779